UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 1:21-mj-00279-RMM |
| : | |
| JACOB TRAVIS CLARK, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby:

**ORDERED** that the Motion is hereby GRANTED; it is further

**ORDERED** that Mr. Clark's supervision be transferred from the District of Colorado to the the District of Wyoming immediately after he moves to Wyoming; and it is further

**ORDERED** that all other conditions of release remain the same.

August 14, 2021

_____
G. MICHAEL HARVEY
United States Magistrate Judge
United States District Court for the
District of Columbia